IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO CONTRERAS-OJEDA,<br><br>               Petitioner,<br>   v.<br><br>SECRETARY DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>               Respondent. | CV F 05-1206 REC WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING CLERK TO TRANSFER ACTION TO THE NINTH CIRCUIT COURT OF APPEALS<br><br>[Doc. 8] |

      Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On December 21, 2005, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and

1  recommendations to be supported by the record and by proper analysis.

2      ACCORDINGLY:

3      1. The findings and recommendations issued by the Magistrate Judge on

4      December 21, 2005, are a adopted in full;

5      2. The Clerk of the Court is directed to transfer this petition to the United States Court of

6  Appeals for the Ninth Circuit.

7  IT IS SO ORDERED.

8  **Dated:  March 10, 2006**             **/s/ Robert E. Coyle**
   668554                              UNITED STATES DISTRICT JUDGE

2